IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA GILLIAND, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO: |
| ) | CV-2007-1076-WKW |
| SERVICEMASTER, doing business as ) | |
| DEFENDANT INTERNATIONAL, ) | |
| ) | |
| DEFENDANT. ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Terminix International Company Limited Partnership[1] in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or
☐ This party is a governmental entity, or
☐ There are no entities to be reported, or
☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Terminix International, Inc., which is wholly owned by ServiceMaster Holding Corporation | General Partner |
| ServiceMaster Consumer Services Limited Partnership which is owned by ServiceMaster Consumer Services, Inc. and ServiceMaster Holding Corporation.  Service Master Holding Company is in turn owned by The ServiceMaster Company. | Limited Partner |

Date: December 31, 2007

---

[1] The defendant is improperly named in the Complaint and the proper name of the entity is The Terminix International Company Limited Partnership.

1631234 v1

                                              s/ Ashley H. Hattaway
                                              Jennifer M. Busby (BUS009)
                                              Ashley H. Hattaway (HAT007)
                                              Attorneys for Defendant

**OF COUNSEL**:

BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2007, I electronically filed the foregoing Defendant's Conflict Disclosure Statement with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Keith A. Nelms
    The Law Office of Jay Lewis
    P.O. Box 5059
    Montgomery, Alabama 36103-5059

                                              s/ Ashley H. Hattaway
                                              OF COUNSEL