**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **PATRICIA GILLIAND,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:07-CV-1076-WKW** |
| | ) | |
| **SERVICE MASTER, doing business as,** | ) | |
| **TERMINIX INTERNATIONAL,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Patricia Gilliland, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is an individual

RESPECTFULLY SUBMITTED on this the 2nd day of January, 2008.

/s/ K. Anderson Nelms
ANDY NELMS (ASB-6972-e63k)
Attorney for Plaintiff

OF COUNSEL:
THE LAW OFFICES OF JAY LEWIS, LLC
847 S. McDonough Street
Montgomery, Alabama 36104
(334) 263-7733
andynelms@andersonnelms.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2008, I electronically filed with the Clerk of the Court the foregoing document through the CM/ECF system, which will send notification of such filing to the following individuals:

Ashley H. Hattaway
Jennifer M. Busby
BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203

/s/ Andy Nelms
Keith Anderson Nelms
Attorney for Plaintiff
LAW OFFICES OF JAY LEWIS, LLC
847 So. McDonough Street, Ste 100
Montgomery, AL 36104
334-263-7733 (voice)
334-832-4390 (fax)
andynelms@andersonnelms.com